# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                CASE NUMBER: 3:05CR340-01

ELIJAH JUNIOR SIMS

THIS MATTER is before the Court on an Order of Remand, filed 6/4/2007, from the Fourth Circuit Court of Appeals for an additional proceeding.

**NOW, THEREFORE, IT IS ORDERED** that:

1. The United States Marshal have the Defendant ELIJAH JUNIOR SIMS (#20614-058 ) present in Charlotte, North Carolina not later than 8/6/2007 for matter scheduled; and

2. This matter is set to be heard 8/6/07 at 10:45 a.m.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: June 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge