IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr340

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| ELIJAH JUNIOR SIMS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter motion of the defendant to terminate appointed counsel and for leave to appear pro se. (Doc. No. 62).

The defendant was previously represented by appointed counsel through his trial and direct appeal. (Doc. Nos. 4, 46). The only matter pending before the Court is the defendant's pro se motion to reduce his sentence based on amendments to the crack cocaine sentencing guidelines (Doc. No. 61), for which counsel has not been appointed.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 62) is GRANTED, and the Court will allow the defendant to proceed pro se.

Signed: July 6, 2009

Robert J. Conrad, Jr.
Chief United States District Judge