UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr340

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELIJAH JUNIOR SIMS | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon Defendant's motion for transcripts. (Document No. 70). By the instant motion, Defendant seeks copies of trial and sentencing transcripts at government expense.

In order to obtain free copies of his transcripts, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). A prisoner is not entitled to free transcripts without a showing of need, merely to comb the record in hopes of discovering some flaw. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Here, the defendant has not indicated any issue for which he believes the requested transcripts are necessary.

**IT IS, THEREFORE, ORDERED** that the defendant's request for transcripts is **DENIED**.

Signed: July 28, 2011

Robert J. Conrad, Jr.
Chief United States District Judge